IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY J. FAILS,
     Plaintiff,

vs.                                 Case No. 3:08cv415/RV/EMT

ESCAMBIA COUNTY JAIL, et al.,
     Defendants.
_____/

## **ORDER**

This cause is before the court on Plaintiff's Response to the show cause order issued by the court on October 28, 2008 (Docs. 9, 11). Plaintiff has also filed a notice titled "Emergency Grievance," notifying the court that officials of the Escambia County Jail and the Florida Department of Corrections (FDOC), where he is currently incarcerated, have conspired against him by planting listening devices on him to monitor his brain and record his thoughts, tampering with his canteen items, placing "DNA supplements" on his legal material, confiscating portions of his legal material, destroying his legal mail, laughing on speakers that have been installed in his room, tampering with his food, giving him a shot, calling him a "bird man," giving him dirty clothes in the laundry, and writing false disciplinary reports (Doc. 12 at 1–4). Plaintiff states for that these reasons, he was unable to file supporting documentation for his IFP motion on time (*id.* at 4–5).

The undersigned concludes that some of the reasons cited by Plaintiff constitute good cause for his failure to comply with the order directing him to file an IFP motion (Doc. 5). The court further finds that an extension of time for compliance with the order is warranted.

Accordingly, it is **ORDERED**:

1.      The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.  This case number should be written on the forms.

2.      Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form, a financial certificate signed by a prison official, and an attached computer printout of the transactions in his prison account during the preceding six-month period.

3.      Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 17th day of November 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**