FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ANTHONY FAILS

      vs                                                                    Case No. 3:08cv415/RV/EMT

ESCAMBIA COUNTY JAIL, et al.

**ORDER**

Plaintiff's **"AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL,"** received by the clerk of the court on December 1, 2008, was referred to the undersigned with the following deficiencies:

> The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b).

> The document does not contain Plaintiff's original signature. An original signature must be affixed to any document filed in paper form. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

> The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

FLN (Rev. 4/2004) Deficiency Order                                                                                                         Page 2 of 2

**DONE AND ORDERED** this 3rd day of December 2008.

                     /s/ *Elizabeth M. Timothy*
                     **ELIZABETH M. TIMOTHY**
                     **UNITED STATES MAGISTRATE JUDGE**

Case No. 3:08cv415/RV/EMT