IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY J. FAILS,
    Plaintiff,

vs.                                   Case No. 3:08cv415/RV/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## **O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 23, 2008 (Doc. 21). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. This case is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i);

      3. The clerk is directed to close the file

      **DONE AND ORDERED** this 12th day of January, 2008.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**